# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carla Renee Baynard<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI<br>　　　　　　　　　　Movant<br>　　vs. | NO. 17-15150 JKF |
| Carla Renee Baynard　　　Debtor<br>Louise Baynard　　　Co-Debtor<br>William Miller, Esq.　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 30th day of August, 2018 at Philadelphia, upon failure of Debtor, Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor stay under Section 1301, are modified with respect to the subject premises located at 2116 Tasker Street, Philadelphia, PA 19145 ("Property), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

Carla Renee Baynard
155 Barley Sheaf Drive
East Norriton, PA 19403

Louise Baynard
2116 Tasker Street
Philadelphia PA 19145

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

William Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532