UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-15150-jkf |
| CARLA RENEE BAYNARD | : | Chapter 13 |
|    Debtor | : | |
| | : | |
| PUBLIC STORAGE | : | Contested Matter |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CARLA RENEE BAYNARD | : | |

## STIPULATION

**AND NOW**, this __27th__ day of __August__, 2019, it is hereby **STIPULATED** and **AGREED**, by and between all parties that Debtor Carla Baynard entered into a Lease/Rental Agreement with Creditor Public Storage on June 2, 2017 for use of a storage unit. Debtor failed to issue payment to Creditor for rent and other fees for use of the storage unit from April 20, 2018 until the present, totaling collectable fees of $3,008.96. It is **FURTHER STIPULATED** and **AGREED**, by and between all parties, that Debtor continues to fail to make payments, and in accordance with the Lease/Rental Agreement, upon the Court's approval of this Stipulation, Creditor Public Storage is permitted to enter Debtor's unit to recover and dispose of the contents pursuant to its lien rights stated in the Lease/Rental Agreement.

BY: _/s/ Joseph L. Quinn, Esquire_
    Joseph L. Quinn, Esquire
    Attorney for Debtor,
    Carla Renee Baynard

BY: _/s/ Ryan Michaleski, Esquire_
    Ryan Michaleski, Esquire
    Attorney for Creditor,
    Public Storage

**BY**: _/s/ Polly A. Langdon, Esquire_
    Polly A. Langdon, Esquire
    Attorney for Chapter 13 Trustee,
    Scott F. Waterman

The foregoing stipulation is hereby approved.

_Jean FitzSimon_
Jean FitzSimon
United States Bankruptcy Judge

Dated: 8/27/19