United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15150-jkf
Carla Renee Baynard                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1                  Date Rcvd: Aug 27, 2019
                              Form ID: pdf900            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
db         +Carla Renee Baynard,    155 Barley Sheaf Drive,    East Norriton, PA 19403-5303
cr         +CITIBank, N.A.,   C/O Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave,   Suite 100,
             Boca Raton, FL 33487-2853
NONE       +PUBLIC STORAGE,    2025 Chemical Road,    Plymouth Meeting, PA 19462-1706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:16     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2019 02:46:02
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 28 2019 02:46:12     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Carla Renee Baynard CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              RYAN MICHALESKI    on behalf of     PUBLIC STORAGE ryan.michaleski@lewisbrisbois.com,
               Gretchen.Brewster@lewisbrisbois.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-15150-jkf |
| CARLA RENEE BAYNARD | : | Chapter 13 |
|    Debtor | : | |
| | : | |
| PUBLIC STORAGE | : | Contested Matter |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CARLA RENEE BAYNARD | : | |

## STIPULATION

**AND NOW**, this  27th  day of  August , 2019, it is hereby **STIPULATED** and **AGREED**, by and between all parties that Debtor Carla Baynard entered into a Lease/Rental Agreement with Creditor Public Storage on June 2, 2017 for use of a storage unit. Debtor failed to issue payment to Creditor for rent and other fees for use of the storage unit from April 20, 2018 until the present, totaling collectable fees of $3,008.96. It is **FURTHER STIPULATED** and **AGREED**, by and between all parties, that Debtor continues to fail to make payments, and in accordance with the Lease/Rental Agreement, upon the Court's approval of this Stipulation, Creditor Public Storage is permitted to enter Debtor's unit to recover and dispose of the contents pursuant to its lien rights stated in the Lease/Rental Agreement.

**BY:** */s/ Joseph L. Quinn, Esquire*  
    Joseph L. Quinn, Esquire  
    Attorney for Debtor,  
    Carla Renee Baynard

**BY:** */s/ Ryan Michaleski, Esquire*  
    Ryan Michaleski, Esquire  
    Attorney for Creditor,  
    Public Storage

**BY**: */s/ Polly A. Langdon, Esquire*  
    Polly A. Langdon, Esquire  
    Attorney for Chapter 13 Trustee,  
    Scott F. Waterman

The foregoing stipulation is hereby approved.

*Jean K FitzSimon* (signature)

Dated: 8/27/19

_____  
Jean FitzSimon  
United States Bankruptcy Judge

4835-5078-8256.1