IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Carla Renee Baynard | : | Chapter 13 |
| Debtor | : | No. : 17-15150-jkf |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct

copy of Debtor's proposed Modified Chapter 13 Plan dated and docketed March 10, 2020

was forwarded to the following parties, as follows:

**Via First Class United States Mail on March 10, 2020:**

Berkheimer Assoc Agnt for Upper
Moreland Twsp SD c/o
David R. Gordon, Esq
1883 Jory Road
Pen Argyl, PA 18072

Deedra D. Slow, Bankr. Spec.
OneMain
PO Box 3251
Evansville, IN 47731-3251

Frank X. Cantwell, Bankr. Rep.
Police and Fire Credit Union
901 Arch Street
Philadelphia, PA 19107

All other creditors not otherwise electronically notified via ECF.

**via Electronic Filing (ECF on March 10, 2020:**

Polly A. Langdon on behalf of Trustee Scott F. Waterman, Esq.
ecfmail@readingch13.com

Kevin G. McDonald on behalf of Creditor Citibank, N.A., not in its individual capacity,
but solely as trustee of NRZ Pass-Through Trust VI
bkgroup@kmllawgroup.com

Ryan Michaleski on behalf of Public Storage
ryan.michaleski@lewisbrisbois.com, Barbara.dziedzic@lewisbrisbois.com

Rebecca Ann Solarz on behalf of Creditor Citibank, N.A., not in its individual capacity,
but solely as trustee of NRZ Pass-Through Trust VI

bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       101 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@RQPLaw.com
Date:  March 10, 2020        Counsel for Debtor