IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Carla Renee Baynard | : | Chapter 13 |
|---|---|---|
| Debtor | : | No. : 17-15150-jkf |

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated March 10, 2020 is hereby APPROVED.

BY THE COURT:

**Date: April 2, 2020**

_____
HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE