**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**                       | **Chapter 13** |
| **Carla Renee Baynard** | |
|             **Debtor(s)** | **BK No. 17-15150-jkf** |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Carla Baynard, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on April 3, 2020 along with the Notice of Application and Certificate of Service were timely served on parties in interest April 3, 2020.

3. A response deadline to the application was due on or before April 244444, 2020.

4. As of May 12, 2020, no response to said Application has been received.

                                                                 **ROSS, QUINN & PLOPPERT, P.C.**

                                                                 By: */s/ Joseph L. Quinn*_____
                                                                     Joseph L. Quinn, Esquire
                                                                     Attorney for Debtor
                                                                     Attorney I.D. No. 307467
                                                                     192 S. Hanover Street, Suite 101
                                                                     Pottstown, PA 19464
                                                                     Ph: (610) 323-5300

Dated: May 12, 2020