UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | \| | Chapter 13 |
| **Carla Renee Baynard** | \| | |
| Debtor(s) | \| | BK No. 17-15150-jkf |

# ORDER

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Application in the amount of **$1,206.00**.

BY THE COURT:

Dated: May 14, 2020

_____
HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE