Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-15150-AMC

CARLA RENEE BAYNARD  
155 BARLEY SHEAF DRIVE  
EAST NORRITON  PA    19403

Petition Filed Date: 07/31/2017  
341 Hearing Date: 09/15/2017  
Confirmation Date: 01/04/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2019 | $3,000.00 | 20213442 | 05/20/2019 | $2,500.00 | 20216187 | 06/18/2019 | $1,100.00 | 20220898 |
| 09/04/2019 | $1,100.00 | 20233325 | 10/23/2019 | $1,100.00 | 20241388 | 12/26/2019 | $1,100.00 | 20250863 |
| 01/09/2020 | $1,300.00 | 20254254 | 01/14/2020 | $1,700.00 | 20254983 | 04/29/2020 | $500.00 | 26460311681 |
| 07/07/2020 | $500.00 | 26529078126 | | | | | | |

**Total Receipts for the Period: $13,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN HERITAGE CREDIT UNION<br>»» 002 | Unsecured Creditors | $1,320.04 | $420.98 | $899.06 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»» 003 | Unsecured Creditors | $12,530.00 | $3,995.85 | $8,534.15 |
| 5 | BERKHEIMER ASSOCIATES<br>»» 005 | Priority Crediors | $93.14 | $93.14 | $0.00 |
| 11 | FAY SERVICING LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $9,994.69 | $3,187.32 | $6,807.37 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $4,870.89 | $1,553.34 | $3,317.55 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $440.63 | $140.51 | $300.12 |
| 6 | NCB MANAGEMENT SERVICES INC<br>»» 006 | Unsecured Creditors | $13,634.78 | $4,348.16 | $9,286.62 |
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Secured Creditors | $11,144.20 | $11,144.20 | $0.00 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 010 | Attorney Fees | $2,047.00 | $2,047.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,206.00 | $900.00 | $306.00 |

**Chapter 13 Case No. 17-15150-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,500.00 | Current Monthly Payment: | $1,325.00 |
| Paid to Claims: | $27,830.50 | Arrearages: | $3,956.00 |
| Paid to Trustee: | $2,669.50 | Total Plan Base: | $66,256.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.