# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Carla Renee Baynard,             :        Chapter 13
           Debtor                              :        No. :  17-15150-amc
                                                     :

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

    Kindly update the Court's records to reflect a new address for debtor Carla Renee Baynard, effective immediately, to:

> 118 Barley Sheaf Drive
> East Norriton, PA 19403

> ROSS, QUINN & PLOPPERT, P.C.
>
> By:   /s/ Joseph Quinn
>         Joseph Quinn, Esquire
>         Attorney I.D. No. 307467
>         192 S. Hanover Street, Suite 101
>         Pottstown, PA 19464
>         T: 610.323.5300
>         F: 610.323.6081
>         JQuinn@rqplaw.com

Date: November 3, 2020