THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Carla Renee Baynard, | : | Chapter 13 |
| Debtor | : | No. : 17-15150-amc |

### **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the proposed modified Chapter 13 plan filed on November 3, 2020, has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on November 3, 2020:*

Polly A. Langdon on behalf of Trustee Scott F. Waterman, Esq., Chapter 13 Trustee
ecfmail@readingch13.com

Kevin G. McDonald on behalf of Creditor Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI
bkgroup@kmllawgroup.com

Ryan Michaleski on behalf of Public Storage
ryan.michaleski@lewisbrisbois.com, Barbara.dziedzic@lewisbrisbois.com

Rebecca Ann Solarz on behalf of Creditor Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

*Via First Class United States Mail on November 3, 2020:*

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    <u>*/s/ Joseph Quinn*</u>
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@rqplaw.com

Date: <u>December 2, 2020</u>    Counsel for Debtor