# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Carla Renee Baynard, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 17-15150-amc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Carla Renee Baynard, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on December 4, 2020 along with the Notice of Application and Certificate of Service were timely served on parties in interest on December 4, 2020.

3. A response deadline to the application was due on or before December 28, 2020.

4. As of December 31, 2020, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*_____
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: December 31, 2020