IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Carla Renee Baynard, | : | Chapter 13 |
| Debtor | : | No.: 17-15150-amc |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Carla Renee Baynard, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on December 1, 2020.

3. That a copy of the Motion, along with a Notice of Motion were served on parties in interest on December 1, 2020.

4. That a certificate of service was filed with the court on December 1, 2020 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before December 22, 2020.

6. No response to said Motion has been received as of January 6, 2021.

        ROSS, QUINN & PLOPPERT, P.C.

        BY:   */s/ Joseph Quinn*
                Joseph Quinn, Esquire
                Attorney I.D. No. 307467
                192 S. Hanover Street, Suite 101
                Pottstown, PA  19464
                T: (610) 323 - 5300
                F: (610) 323 - 6081
Date:  January 6, 2021        JQuinn@rqplaw.com