| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-15150-AMC

CARLA RENEE BAYNARD
118 BARLEY SHEAF DRIVE
EAST NORRITON  PA    19403

Petition Filed Date: 07/31/2017
341 Hearing Date: 09/15/2017
Confirmation Date: 01/04/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $1,300.00 | 20254254 | 01/14/2020 | $1,700.00 | 20254983 | 04/29/2020 | $500.00 | 26460311681 |
| 07/07/2020 | $500.00 | 26529078126 | 12/10/2020 | $865.00 |  | 01/22/2021 | $865.00 |  |
| 03/22/2021 | $1,740.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period: $7,470.00    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $33,970.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN HERITAGE CREDIT UNION<br>»»  002 | Unsecured Creditors | $1,320.04 | $473.52 | $846.52 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»»  003 | Unsecured Creditors | $12,530.00 | $4,494.55 | $8,035.45 |
| 5 | BERKHEIMER ASSOCIATES<br>»»  005 | Priority Crediors | $93.14 | $93.14 | $0.00 |
| 11 | FAY SERVICING LLC<br>»»  011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $9,994.69 | $3,585.12 | $6,409.57 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $4,870.89 | $1,747.20 | $3,123.69 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $440.63 | $158.04 | $282.59 |
| 6 | NCB MANAGEMENT SERVICES INC<br>»»  006 | Unsecured Creditors | $13,634.78 | $4,890.83 | $8,743.95 |
| 1 | ONE MAIN FINANCIAL<br>»»  001 | Secured Creditors | $11,144.20 | $11,144.20 | $0.00 |
| 4 | POLICE & FIRE FCU<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»»  010 | Attorney Fees | $2,047.00 | $2,047.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,206.00 | $1,206.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,218.00 | $1,218.00 | $0.00 |

**Chapter 13 Case No. 17-15150-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,970.00 | Current Monthly Payment: | $865.00 |
| Paid to Claims: | $31,057.60 | Arrearages: | $2,585.00 |
| Paid to Trustee: | $2,912.40 | Total Plan Base: | $69,425.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.