THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Carla Renee Baynard,           :        Chapter 13
　　　　　　　Debtor                    :        Bankruptcy No.: 17-15150-amc

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for debtor, hereby certify that a true and correct copy of Debtor's Motion to Modify, Notice of Motion, and proposed Modified Plan dated Septemebr 3, 2021 was forwarded to the following parties on September 3, 2021:

### via Electronic Filing (ECF):

Kevin G. McDonald on behalf of Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI
bkgroup@kmllawgroup.com

Ryan Michaleski on behalf of Public Storage
ryan.michaleski@lewisbrisbois.com, Barbara.dziedzic@lewisbrisbois.com

Rebecca Ann Solarz on behalf of Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI
bkgroup@kmllawgroup.com

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

### Via First Class United States Mail:

All other creditors on the mailing matrix not noticed by way of ECF.

　　　　　　　　　　　　　　　　ROSS, QUINN & PLOPPERT, P.C.

　　　　　　　　　　　By:     /s/ Joseph Quinn
　　　　　　　　　　　　　　　Joseph Quinn, Esquire
　　　　　　　　　　　　　　　Attorney I.D. No. 307467
　　　　　　　　　　　　　　　192 S. Hanover Street, Suite 101
　　　　　　　　　　　　　　　Pottstown, PA 19464
　　　　　　　　　　　　　　　T: 610.323.5300
　　　　　　　　　　　　　　　F: 610.323.6081
　　　　　　　　　　　　　　　JQuinn@rqplaw.com
　　　　　　　　　　　　　　　Counsel for Debtor

Date:  September 3, 2021