THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Carla Renee Baynard, | : | Chapter 13 |
| Debtor | : | No.: 17-15150-amc |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated September 28, 2021 is hereby APPROVED.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE