THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carla Renee Baynard,   :   Chapter 13
        Debtor   :   Bankruptcy No.: 17-15150-amc

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for debtor, hereby certify that a true and correct copy of Debtor's proposed Modified Plan dated September 28, 2021 was forwarded to the following parties on September 28, 2021:

### *Via First Class United States Mail*:

Berkheimer Associates, Agent
c/o David R. Gordon, Esq
1883 Jory Road
Pen Argyl, PA 18072

Deedra D. Slow, Bankr. Spec.
OneMain
PO Box 3251
Evansville, IN 47731-3251

All other creditors on the mailing matrix not noticed by way of ECF.

### *via Electronic Filing (ECF)*:

Kevin G. McDonald on behalf of Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI
bkgroup@kmllawgroup.com

Ryan Michaleski on behalf of Public Storage
ryan.michaleski@lewisbrisbois.com, Barbara.dziedzic@lewisbrisbois.com

Rebecca Ann Solarz on behalf of Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI
bkgroup@kmllawgroup.com

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                        ROSS, QUINN & PLOPPERT, P.C.

                        By:    */s/ Joseph Quinn*
                                Joseph Quinn, Esquire
                                Attorney I.D. No. 307467
                                192 S. Hanover Street, Suite 101
                                Pottstown, PA 19464
                                T: 610.323.5300
                                F: 610.323.6081
                                JQuinn@rqplaw.com
Date:  September 28, 2021             Counsel for Debtor