**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Carla Renee Baynard, | \| | Chapter 13 |
| Debtor | \| | BK No. 17-15150-amc |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Carla Renee Baynard, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on September 10, 2021 along with the Notice of Application and Certificate of Service were timely served on parties in interest on September 10, 2021.

3. A response deadline to the application was due on or before October 1, 2021.

4. As of October 5, 2021, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: October 5, 2021