**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Carla Renee Baynard, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 17-15150-amc |

**ORDER**

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,000.00**.

3. Supplemental Expenses are **ALLOWED** in favor of the Applicant in the amount of **$0.00**.

BY THE COURT:

**Date: October 6, 2021**

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE