United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-15150-amc
Carla Renee Baynard                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: May 26, 2022      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla Renee Baynard, 118 Barley Sheaf Drive, East Norriton, PA 19403-5301 |
| NONE | + | PUBLIC STORAGE, 2025 Chemical Road, Plymouth Meeting, PA 19462-1706 |
| 13959612 | + | American Web Loan, 2128 N. 14th Street, Suite 1 #130, Ponca City, OK 74601-1831 |
| 13959613 | + | Berkheimer, PO Box 995, North Seventh Street, Bangor, PA 18013-0995 |
| 13984365 | | Berkheimer Assoc Agnt for Upper Moreland Twsp SD, Berkheimer Tax Adminstrator, HAB DLT Legal, P.O. Box 206662, Lehigh Valley, PA 180002-0662 |
| 13959615 | + | Ernest Grant, 20 Langdon Road, Burlington, NJ 08016-2922 |
| 13959617 | + | Loan at Last, 2128 N. 14th Street, Suite 1, PO Box 130, Ponca City, OK 74601-1831 |
| 13959618 | + | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 13959620 | + | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13959621 | + | Wells Fargo Bank, N.A., 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |
| 13959622 | + | Westover Companies, 3505 W. Moreland Road, Willow Grove, PA 19090-3831 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2022 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | May 27 2022 00:06:00 | CITIBank, N.A., C/O Robertson, Anschutz & Schneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| 13959611 | + | Email/Text: broman@amhfcu.org | May 27 2022 00:06:00 | American Heritage Federal Credit Union, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14027512 | + | Email/Text: ECF@fayservicing.com | May 27 2022 00:06:00 | Citibank, N.A., not in its individual capacity, c/o Fay Servicing, LLC, 3000 Kellway Dr., Suite 150, Carrollton, TX 75006-3357 |
| 13959614 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2022 00:15:00 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14010770 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 00:15:03 | LVNV Funding, LLC its successors and assigns as, assignee of Murray Hill Grantor Trust, 2016-LC1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14011005 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 00:14:58 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 17-15150-amc    Doc 111    Filed 05/28/22    Entered 05/29/22 00:28:42    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14010769 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 00:15:01 | LVNV Funding, LLC its successors and assigns as, assignee of MW-EW Financing Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13959616 | + | Email/Text: bk@lendingclub.com | May 27 2022 00:06:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 13959618 | ^ | MEBN | May 27 2022 00:03:37 | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 13974947 | | Email/PDF: cbp@onemainfinancial.com | May 27 2022 00:15:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13959619 | + | Email/PDF: cbp@onemainfinancial.com | May 27 2022 00:15:03 | OneMain Financial, P0 Box 1010, Evansville, IN 47706-1010 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14019919 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Carla Renee Baynard CourtNotices@rqplaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Citibank N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Citibank N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| RYAN MICHALESKI | on behalf of PUBLIC STORAGE ryan.michaleski@lewisbrisbois.com  Barbara.dziedzic@lewisbrisbois.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: May 26, 2022　　　　　　　　Form ID: pdf900　　　　　　　　　　　Total Noticed: 23
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    CARLA RENEE BAYNARD

    Debtor

Chapter 13

Bankruptcy No. 17-15150-AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 26, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE