Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 17-15150-AMC

CARLA RENEE BAYNARD  
118 BARLEY SHEAF DRIVE  
EAST NORRITON  PA   19403

Petition Filed Date: 07/31/2017  
341 Hearing Date: 09/15/2017  
Confirmation Date: 01/04/2018

Case Status: Dismissed After Confirmation on 5/26/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/07/2021 | $919.00 | | 11/12/2021 | $919.00 | | 01/06/2022 | $919.00 | |
| 04/26/2022 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $3,757.00    Amount Refunded to Debtor Since Filing: $9.48    Total Receipts Since Filing: $37,727.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN HERITAGE CREDIT UNION »» 002 | Unsecured Creditors | $1,320.04 | $549.29 | $770.75 |
| 3 | AMERICAN HERITAGE CREDIT UNION »» 003 | Unsecured Creditors | $12,530.00 | $5,213.84 | $7,316.16 |
| 5 | BERKHEIMER ASSOCIATES »» 005 | Priority Creditors | $93.14 | $93.14 | $0.00 |
| 11 | FAY SERVICING LLC »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $9,994.69 | $4,158.87 | $5,835.82 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $4,870.89 | $2,026.81 | $2,844.08 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $440.63 | $173.87 | $266.76 |
| 6 | NCB MANAGEMENT SERVICES INC »» 006 | Unsecured Creditors | $13,634.78 | $5,673.55 | $7,961.23 |
| 1 | ONE MAIN FINANCIAL »» 001 | Secured Creditors | $11,144.20 | $11,144.20 | $0.00 |
| 4 | POLICE & FIRE FCU »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC »» 010 | Attorney Fees | $2,047.00 | $2,047.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,206.00 | $1,206.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,218.00 | $1,218.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | CARLA RENEE BAYNARD | Debtor Refunds | $9.48 | $9.48 | $0.00 |

**Chapter 13 Case No. 17-15150-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,727.00 | Current Monthly Payment: | $919.00 |
| Paid to Claims: | $34,514.05 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,212.95 | Total Plan Base: | $66,135.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.